IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHERMAN E. ROBINSON                                                                                   PLAINTIFF
Reg. #38689-179

V.                                            2:07cv00019 WRW

LINDA SANDERS, et al                                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 19th day of February, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE